UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CHRISTIAN VALDEZ,

                Defendant.

19-mj-11435 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Government appealed the bail of Defendant Valdez issued by Magistrate Judge Sarah L Cave, and this Court held a bail appeal hearing on December 13, 2019. The decision of the Magistrate Judge is overruled, and it is hereby **ORDERED** that the Defendant is remanded to the custody of the United States Marshal pending trial.

**SO ORDERED.**

Dated: New York, New York
       December 13, 2019

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**